IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BRIAN FIEDLER,
        Plaintiff

vs.

CHIEF OSBORNE; OFFICER ROBERT STEESE; JEFFREY P. GILL,
        Defendants

Civil Action No. 09-1138
United States District Judge Donetta W. Ambrose/
Chief U.S. Magistrate Judge Amy Reynolds Hay

ORDER

AND NOW, this 11th day of May, 2010, the Court having entered an Order [Doc. 4] granting the Plaintiff's Motion for IFP status [Doc. 1] and directing the Plaintiff to complete an enclosed form authorizing the custodian of the Plaintiff's inmate account to pay to the Clerk of this court the partial filing fee and installments, the Plaintiff failed to return the form by the date specified. On March 17, 2010, the Court entered an Order to Show Cause [Doc. 8] why the action should not be dismissed as a result of the Plaintiff's failure to complete the form. The Plaintiff was given until March 30, 2010 to respond, and failed to do so. On April 23, 2010, the Magistrate Judge filed a Report and Recommendation [Doc.9], a copy of which was sent to the Plaintiff, recommending that the case be dismissed for failure to prosecute. Objections to the Report and Recommendation were due by May 10, 2010. No objections were filed.

Therefore, upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation [Doc. 9], which is adopted as the Opinion of this Court, IT IS HEREBY ORDERED that this matter is DISMISSED for failure to prosecute. The Clerk is directed to mark this case closed.

Donetta W. Ambrose
United States District Judge

cc:    Brian Fiedler
        HR-1296
        SCI Camp Hill
        P.O. Box 200
        Camp Hill, PA 17001